Decision Per Curiam.

---

G. W. Hyde, as Administrator of the estate of J. B. Brown, deceased, Plaintiff in Error, vs. W. F. Rice, Defendant in Error.

Writ of error to Circuit Court Alachua county.

*Horatio Davis and B. A. Thrasher*, for Plaintiff in Error.

*W. W. Hampton*, for Defendant in Error.

This action was brought by the defendant in error against the intestate of the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error    Upon the death of J. B. Brown, while the writ of error was pending in the Supreme Court, the cause was revived here in the name of G. W. Hyde, as administrator. The judgment is affirmed.